AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2022

SEAN F. McAVOY, CLERK

Steven Snedden

*Petitioner*

v.

Cheryl Strange
Secretary of DOC

*Respondent*

Civil Action No. 2:21-cv-00286-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Petition is DISMISSED WITHOUT PREJUDICE. Motion to Admit Amendment to Petition for Writ of Habeas Corpus is DENIED; Motion to Proceed in forma pauperis in a Joint Civil Rights Claim under 42 U.S.C. § 1983 is DENIED; Motion to Convene a Three-Judge Court to Hear a Motion for Summary Judgement [sic] on a Claim for Declaratory Relief is DENIED AS MOOT. The court certifies that an appeal from the decision (ECF No 36) could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. 2253(c).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON

Date: 1/10/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza